175 So.2d 776

**Donald V. STINSON**

v.

**Mel BAILEY, Sheriff of Jefferson County.**

**Misc. No. 26.**

Supreme Court of Alabama.

May 27, 1965.

Donald V. Stinson, pro se.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for appellee.

HARWOOD, Justice.

Petition dismissed.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

174 So.2d 336

**Orlander TAYLOR**

v.

**STATE.**

**4 Div. 227.**

Supreme Court of Alabama.

April 15, 1965.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for petitioner.

J. Hubert Farmer, Dothan, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Taylor v. State, 174 So.2d 335.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

175 So.2d 749

**WOODWARD IRON CO.**

v.

**W. L. RAMEY.**

**7 Div. 687.**

Supreme Court of Alabama.

May 27, 1965.

Lusk, Swann, Burns & Stivender, Gadsden, for petitioner.

L. D. Martin and Roy D. McCord, Gadsden, opposed.

MERRILL, Justice.

Petition of Woodward Iron Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Woodward Iron Co. v. Ramey, 175 So.2d 748.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.